**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**FORT WALTON BEACH
MEDICAL CENTER, INC.,**

       **Plaintiff,**

**v.**                                     **Case No.: 3:13cv9/MCR/CJK**

**SANDION, LTD, D/B/A COLDWELL
BANKER UNITED, REALTORS,
GROUP & PENSION ADMINISTRATORS,
INC.,**

       **Defendants.**

_____/

## <u>ORDER</u>

The plaintiff filed this action under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, to recover amounts allegedly owed under an employee welfare benefit plan sponsored and/or administered by the defendants. The matter is before the court on the defendants' motion to dismiss the plaintiff's amended complaint (doc. 17), to which the plaintiff has responded in opposition (doc. 22). Upon reviewing the complaint in this matter, as well as the defendants' motion, the plaintiff's response, and the defendants' reply, the court noted that this matter is similar to another action pending in this court, *Bay Hosp., Inc., d/b/a Gulf Coast Med. Ctr. v. Sandion, Ltd., d/b/a Coldwell Banker United, and Group & Pension Admins., Inc.*, Case No. 5:13cv12/RS/CJK.[1] In that case, Judge Richard Smoak recently entered an order granting in part and denying in part an almost identical motion to dismiss. *See* doc. 24. The court has carefully reviewed that order, along with the underlying complaint, motion, response, and reply, and finds Judge Smoak's reasoning to be sound and applicable to the facts of

---

[1] As the defendants pointed out in the Notice of Pendency of Other or Prior Similar Actions (doc. 9), both cases involve claims for benefits under the same ERISA plan. The plaintiffs are different, but the defendants are the same and the same counsel are involved in both cases.

this case as they pertain to the instant motion to dismiss.[2]  The court therefore adopts and incorporates that order by reference.  Accordingly, the court finds that the defendants' motion to dismiss should be **GRANTED** with respect to the breach of fiduciary duty claims set forth in Counts I and III of the plaintiff's amended complaint and **DENIED** in all other respects.

**SO ORDERED** this 23rd day of April, 2013.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] Because the plaintiffs are different in the two cases, and the cases involve different insureds and different claims for benefits, the cases could not be consolidated and must proceed separately, including for purposes of summary judgment.

Case No: 3:13cv9/MCR/CJK